IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC HENKEL and TYLER KOENIG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-4060 |
| NATIONAL COLLEGIATE | : | |
| ATHLETIC ASSOC. | : | |
| | : | |

**O R D E R**

AND NOW, this 23rd day of July, 2002, the motion for temporary restraining order and preliminary injunction of plaintiffs Eric Henkel and Tyler Koenig is denied as moot. A ruling on plaintiffs' request for sanctions will be deferred until this action is terminated.

_____
Edmund V. Ludwig, J.