*EL* 

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC HENKEL, | : | |
| And | : | CIVIL ACTION NO. 02-CV-4060 |
| TYLER KOENIG, on behalf of themselves and all others similarly situated, | : | RECEIVED JUL 29 2002 |
| Plaintiffs, v. | : | FILED JUL 29 2002 |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | : | MICHAEL E. KUNZ, Clerk |
| Defendant. | : | By _____ Dep. Clerk |

**STIPULATION FOR EXTENSION OF TIME**

It is hereby stipulated and agreed by and between counsel for the parties that the time within which Defendant National Collegiate Athletic Association ("NCAA") shall answer, move or otherwise plead to the Complaint in this action shall be and is extended for thirty (30) days to and including August 28, 2002. No prior extension has been granted.

_____
David P. Bruton, Esquire
**DRINKER BIDDLE & REATH LLP**
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-2700

Attorneys for Defendant
National Collegiate Athletic Association

_____
Richard M. Meltzer, Esquire
**PELINO & LENTZ, P.C.**
One Liberty Place
1650 Market Street, 32nd Floor
Philadelphia, PA 19103
(215) 246-3105

Attorneys for Plaintiffs
Eric Henkel and Tyler Koenig

Dated: July 29, 2002   EXTENSION GRANTED AS STIPULATED July 29, 2002

APPROVED BY: _____

MICHAEL E. KUNZ
CLERK
BY: _____
Deputy Clerk

**ENTERED**
JUL 31 2002
CLERK OF COURT

complaint 6/25/02