IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC HENKEL and TYLER KOENIG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-4060 |
| NATIONAL COLLEGIATE | : | |
| ATHLETIC ASSOC. | : | |
| | : | |

**O R D E R**

      AND NOW, this        day of              , 2002, plaintiffs Eric Henkel and Tyler Koenig's Motion "to strike the NCAA's Objection to Declaration of Jerry Gale" is denied as moot.

_____
Edmund V. Ludwig, J.